UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| TORU P. MAY | ) | Case No:  18-33923 |
| Debtor | ) | |
| _____ | ) | |

**SCHEDULE OF ALLOWED CLAIMS**

    Debtor, Toru P. May, by counsel, states the following claim has been duly proven, and should be allowed as unsecured and paid at 100% of claim in accordance with the Order of Confirmation:

#1    Santander Consumer USA    $ 199.49
       PO Box 560284
       Dallas, TX 75356

#3    Wells Fargo Bank, N.A.    $ 277.50
       d/b/a Wells Fargo Auto
       PO Box 13000
       Raleigh, NC 27605

Dated:  April 1, 2019                    **/s/   Fred R. Simon**_____
                                                       Fred R. Simon
                                                       500 W. Jefferson St, Suite 2210
                                                       Louisville, KY 40202
                                                       (502) 581-1630
                                                       Attorney for Debtor