UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In Re: TORU PAUL MAY                                     Case No: 18-33923

   Debtor(s)

**NOTICE OF WITHDRAWAL**

Comes the Trustee, William W. Lawrence and notes that the document number **23** is hereby withdrawn.

/s/ William W. Lawrence
WILLIAM W. LAWRENCE, TRUSTEE
310 Republic Plaza
200 S. 7th Street
Louisville, KY 40202
(502)581-9042